SO ORDERED.

Dated: November 03, 2010

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-26305

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-bk-30108-CGC |
| Richard Lee Newman and Lillian Diann Newman<br>    Debtors. | Chapter 7 |
| HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-14 | ORDER |
|         Movant,<br>    vs. | (Related to Docket #9) |
| Richard Lee Newman and Lillian Diann Newman, Debtors, Roger W. Brown, Trustee. | |
|         Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated July 17, 2007 and recorded in the office of the Maricopa County Recorder wherein HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-14 is the current beneficiary and Richard Lee Newman and Lillian Diann Newman have an interest in, further described as:

> THE WEST 140 FEET OF THE WEST HALF OF LOT FIFTY-TWO (52), SECTION TWENTY-SIX (26), TOWNSHIP THREE (3) NORTH, RANGE FIVE (5) EAST OF THE GILA AND SALT RIVER BASE AND MERIDIAN COUNTY, ARIZONA:
>
> EXCEPT ALL COAL, OIL, GAS AND OTHER MINERALS AND ALL URANIUM, THORIUM OR ANY OTHER MATERIAL WHICH IS OR MA'{ BE DETERMINED TO BE PECULIARLY ESSENTIAL TO THE PRODUCTION OF FISSIONABLE MATERIALS. WETHER OR NOT OF COMMERCIAL VALUE AS RESERVED IN PATENT FROM THE UNITED STATES OF AMERICA.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.